# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### Filed: April 8, 2013

```
* * * * * * * * * * * * * *          UNPUBLISHED
SHANNON TATUM,                  *
                                *
                                *    No. 12-483V
          Petitioner,           *
                                *
                                *    Special Master Dorsey
v.                              *
                                *    Attorneys' Fees and Costs;
SECRETARY OF HEALTH             *    Reasonable Amount Requested to which
AND HUMAN SERVICES,             *    Respondent Does not Object.
                                *
          Respondent.           *
                                *
* * * * * * * * * * * * * *
```

Donald P. Edwards, Law Office of Donald P. Edwards, Atlanta, GA, for petitioner.
Tara J. Kilfoyle, U.S. Dep't of Justice, Washington, D.C., for respondent.

### ATTORNEYS' FEES AND COSTS DECISION[1]

On August 1, 2012, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program ("Vaccine Program")[2], alleging that he suffered from Guillain-Barré Syndrome ("GBS") as a result of receiving an influenza vaccination on September 11, 2009. Petitioner stated that he experienced the residual effects of his injuries for more than six months. Petition at ¶ 4. On March 18, 2013, the undersigned issued a decision, based on the parties' stipulation, awarding compensation to petitioner.

---

[1] Because this decision contains a reasoned explanation for the undersigned's action in this case, the undersigned intends to post this decision on the United States Court of Federal Claims's website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002). As provided by Vaccine Rule 18(b), each party has 14 days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the entire decision will be available to the public. Id.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-1 to -34 (2006) ("Vaccine Act" or "Act"). All citations in this decision to individual sections of the Act are to 42 U.S.C.A. § 300aa.

On April 5, 2013, the parties filed a Stipulation of Fact Concerning Attorneys' Fees and Costs. According to the stipulation, respondent does not object to a total award of attorneys' fees and costs in the amount of $17,512.15. In accordance with General Order #9, petitioner filed a statement stating that he incurred no out-of-pocket expenses in pursuing his petition.

The Vaccine Act permits an award of reasonable attorneys' fees and costs. 42 U.S.C. § 300 aa-15(e). Based on the reasonableness of petitioner's request and respondent's counsel's lack of objection to petitioner's counsel's fee request, the undersigned **GRANTS** petitioner's motion for approval and payment of attorneys' fees and costs.

Accordingly, an award should be made in the form of a check jointly payable to petitioner and the law firm of Law Offices of Donald P. Edwards in the amount of **$17,512.15.**

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.